# SCHEDULE A

**<u>SCHEDULE A</u>**

<u>AUTHORITY FOR THE TAKING</u>

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

**SCHEDULE B**

PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Hidalgo County, Texas

Tract:  RGV-WSL-1001
Owner:  19th Hole Properties, LLC, *et al.*
Acres:  3.074

**Being** a 3.074 acre (133,899 square feet) parcel of land, being out of the M. Ujanda le los Rios Survey, Abstract No. 41 and the Jose Felix Hinojosa Survey, Abstract No. 39, Hidalgo County, Texas, being out of Porciónes 65 and 66, being out of Lots 9, 11 and 12 of Tejon Land and Water Company Subdivision recorded in Volume 1, Page 13, Map Records of Hidalgo County, Texas as conveyed to 19th Hole Properties, L.L.C. by Special Warranty Deed recorded in Instrument No. 2016-2741115, Official Records of Hidalgo County, Texas  ("Save & Except 75' Strip), said parcel of land being more particularly described by metes and bounds as follows;

**Beginning** at a found 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1001-1=1002-21" for the northwest corner of Tract RGV-WSL-1001, said point being in the east right-of-way line of S. 15th Street and the west line of Lot 11, said point having the coordinates of N=16558467.957, E=1066846.516, said point bears N 34°09'40" E, a distance of 212.16' from United States Army Corps of Engineers Control Point No. 106;

**Thence:** departing the east right-of-way line of S. 15th Street, over and across Lots 11, 12 and 9, the following courses and distances:

- S 56°59'58" E, for a distance of 283.49' to a found 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1001-2" for a point of curvature to the left;

- Along said curve to the left for an arc distance of 542.73', with a central angle of 23°35'21" and a radius of 1318.25', with a chord bearing of S 68°47'39" E, for a distance of 538.91' to a found 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1001-3" for a point of compound curvature to the left;

- Along said compound curve to the left for an arc distance of 948.28', with a central angle of 32°09'50" and a radius of 1689.24', with a chord bearing of N 84°35'33" E, passing at an arc distance of 516.66' the east line of Lot 11 and the west line of Lot 12, continuing for a total chord distance of 935.88' to a found 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1001-4" for a point of compound curvature to the left;

**SCHEDULE C (Cont.)**

LEGAL DESCRIPTION

- Along said compound curve to the left for an arc distance of 1384.99', with a central angle of 49°43'44" and a radius of 1595.73', with a chord bearing of N 44°48'58" E, passing at an arc distance of 702.62' the north line of Lot 12 and the south line of Lot 9, continuing for a total chord distance of 1341.92' to a set 5/8" rebar with a "MDS" aluminum disk capped survey marker stamped with the following description: "RGV-WSL-1001-5" for a northeasterly corner of Tract RGV-WSL-1001;

- S 70°02'54" E, for a distance of 45.29' to a point for the northeast corner of Tract RGV-WSL-1001, said point being in the southeast line of Lot 9 and the northwest line of a called 7.4 acre, 75' strip conveyed to Hidalgo County Water Improvement District No. Two by Deed recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas (Main Canal, Third Tract), said point marking a point of curvature to the right;

**Thence:** with west line of the 75' strip tract, over and across Lots 11, 12 and 9, the following courses and distances:

- Along said curve to the right for an arc distance of 1425.41', with a central angle of 49°46'35" and a radius of 1640.73', with a chord bearing of S 44°45'08" W, passing at an arc distance of 200.17' the northwest corner of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 2438, Page 930, Deed Records of Hidalgo County, Texas ("996-H, Tract No. 4"), passing at an arc distance of 331.11' the southwest corner of the "996-H, Tract No. 4" river levee right-of-way and the north corner of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 2438, Page 930, Deed Records of Hidalgo County, Texas ("996-H, Tract No. 3"), passing at an arc distance of 668.97' the south line of Lot 9 and the north line of Lot 12, continuing for a total chord distance of 1381.00' to a point of compound curvature to the right, said point being at the northwest corner of the "996-H, Tract No, 3" river levee right-of-way and the northeast corner of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 2438, Page 930, Deed Records of Hidalgo County, Texas ("996-H, Tract No. 2");

- Along said compound curve to the right for an arc distance of 1600.74', with a central angle of 52°06'31" and a radius of 1760.09', with a chord bearing of N 84°18'09" W, passing at an arc distance of 452.49' the west line of Lot 12 and the east line of Lot 11, continuing for a total chord distance of 1546.14' to the point of tangency, said point being at the northwest corner of the "996-H, Tract No. 2" river levee right-of-way and the northeast corner of the river levee right-of-way

## SCHEDULE C CONT.

## LEGAL DESCRIPTION

conveyed to the United States of America by Easement Deed recorded in Volume 2438, Page 930, Deed Records of Hidalgo County, Texas ("996-H, Tract No. 1");

- N 58°15'16" W, for a distance of 185.90' to a point for the southwest corner of Tract RGV-WSL-1001, said point being in a westerly line of Lot 11, said point being at the northwest corner of the 75' strip tract and the northwest corner of the "996-H, Tract No. 1" river levee right-of-way;

**Thence:** N 09°01'10" E, with the west line of Lot 11, for a distance of 54.77' to the **Place of Beginning.**

**Note:** All bearings, distances and coordinates are referenced to the Texas State Plane Coordinate System, South Zone grid (SPCS 4205) NAD'83. Values may be converted to ground values using a combined scale factor of 1.000040000.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



Tract:  RGV-WSL-1001
Owner:  19th Hole Properties, LLC, *et al.*
Acres:  3.074

## SCHEDULE D CONT.

### MAP or PLAT

### LAND TO BE CONDEMNED



Tract:  RGV-WSL-1001
Owner:  19th Hole Properties, LLC, *et al.*
Acres:  3.074

## SCHEDULE D CONT.

## MAP or PLAT

## LAND TO BE CONDEMNED



Tract:  RGV-WSL-1001
Owner:  19th Hole Properties, LLC, *et al.*
Acres:  3.074

## SCHEDULE D CONT.

### MAP or PLAT

### LAND TO BE CONDEMNED



Tract:  RGV-WSL-1001
Owner:  19th Hole Properties, LLC, *et al.*
Acres:  3.074

## SCHEDULE D CONT.

## MAP or PLAT

## LAND TO BE CONDEMNED



Tract:  RGV-WSL-1001
Owner:  19th Hole Properties, LLC, *et al.*
Acres:  3.074

# SCHEDULE D CONT.

## MAP or PLAT

## LAND TO BE CONDEMNED

| LINE | BEARING | DISTANCE |
|---|---|---|
| L1 | N 34°09'40" E | 212.16' |
| L2 | S 56°59'58" E | 283.49' |
| L3 | S 70°02'54" E | 45.29' |
| L4 | N 58°15'16" W | 185.90' |
| L5 | N 09°01'10" E | 54.77' |

| CURVE | RADIUS | ARC LENGTH | CHORD LENGTH | CHORD BEARING | DELTA ANGLE |
|---|---|---|---|---|---|
| C1 | 1318.25' | 542.73' | 538.91' | S 68°47'39" E | 23°35'21" |
| C2 | 1689.24' | 948.28' | 935.88' | N 84°35'33" E | 32°09'50" |
| C3 | 1595.73' | 1384.99' | 1341.92' | N 44°48'58" E | 49°43'44" |
| C4 | 1640.73' | 1425.41' | 1381.00' | S 44°45'08" W | 49°46'35" |
| C5 | 1760.09' | 1600.74' | 1546.14' | N 84°18'09" W | 52°06'31" |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16558467.957 | 1066846.516 | RGV-WSL-1001-1=1002-21 |
| 2 | 16558313.554 | 1067084.272 | RGV-WSL-1001-2 |
| 3 | 16558118.619 | 1067586.690 | RGV-WSL-1001-3 |
| 4 | 16558206.817 | 1068518.401 | RGV-WSL-1001-4 |
| 5 | 16559158.740 | 1068964.233 | RGV-WSL-1001-5 |
| 6 | 16559143.285 | 1069506.805 | CALCULATED POINT (NOT SET) |
| 7 | 16558162.557 | 1068534.522 | CALCULATED POINT (NOT SET) |
| 8 | 16558316.051 | 1066996.021 | CALCULATED POINT (NOT SET) |
| 9 | 16558413.864 | 1066837.929 | CALCULATED POINT (NOT SET) |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 09/12/2018.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE "CORPS" CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.

**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7296 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-896-1616

METES & BOUNDS SURVEY
19TH HOLE PROPERTIES, LLC
TRACT No. RGV-WSL-1001

HIDALGO COUNTY          TEXAS

MDS PROJ. NO. 19-200-00     FILE NAME: RGV-WSL-1001     DATE: 3/10/2020

| | Mark | Description | Date | Appr. |
|---|---|---|---|---|
| | 1 | Boundary Change | 3/10/20 | |

| | BY | DATE |
|---|---|---|
| Drawn | JDB | 6/19 |
| Checked | LWK | 6/19 |
| Surveyor | JDB | 6/19 |
| Fld.Bk. # | 18RGVH-T1481 | |

CONTRACT NO.: W9122TO-14-D-0013
T.O.: 1640XMA810T79070001

**B&F ENGINEERING, INC.**
926 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6959
(EMAIL) info@bnfeng.com

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
REG. 10103842

US Army Corps of Engineers

Tract:  RGV-WSL-1001
Owner:  19th Hole Properties, LLC, *et al*.
Acres:  3.074

## SCHEDULE D CONT.

### MAP or PLAT

### LAND TO BE CONDEMNED



Tract:  RGV-WSL-1001
Owner:  19th Hole Properties, LLC, *et al*.
Acres:  3.074

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Hidalgo County, Texas

Tract:  RGV-WSL-1001
Owner:  19th Hole Properties, LLC, *et al*.
Acres:  3.074


The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is FIFTY-ONE THOUSAND DOLLARS AND NO/100 ($51,000.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **19TH Hole Properties, LLC**<br><br>San Antonio, TX | Special Warranty Deed, Document #2741115; Recorded August 25, 2016, Official Records of Hidalgo County |
| **Pablo "Paul" Villareal, Jr.**<br>2804 S. Business Hwy 281<br>Edinburg, Texas  78539 | Hidalgo County Tax Assessor |